**Frederick L. PITCHFORD**
**Plaintiff-Appellant**

v.

**Joseph BOECKMANN; Fred Thorne; David Henry Lofton; Jerry Eaves**
**Defendants-Appellees**

No. 17-2504

United States Court of Appeals, Eighth Circuit.

Submitted: February 14, 2018

Filed: February 28, 2018

---

1. The Honorable D. P. Marshall, Jr., United States District Judge for the Eastern District

Frederick L. Pitchford, Pro Se

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

**PER CURIAM.**

Frederick L. Pitchford appeals the district court's[1] dismissal, without prejudice, of his pro se complaint. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Upon de novo review of Pitchford's appellate arguments and the district court record, this court finds no basis for reversal. *See Moore v. Sims*, 200 F.3d 1170 (8th Cir. 2000) (per curiam) (pre-service dismissal under 28 U.S.C. § 1915(e)(2) is reviewed de novo).

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.